**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| SAMUEL M. LAPP, | : | No. 66 MM 2023 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| JONATHAN BUGBEE, WILLIAM WENNER, | : | |
| MARIAN URRUTIA, JOSEPH LINDSEY, | : | |
| NANCY WALKER, JOSH SHAPIRO, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for "Writ of Mandamus" is DENIED. The Prothonotary is DIRECTED to strike the names of the jurists from the caption.